ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MICHAEL P. JETTE
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: michael.jette@usdoj.gov
Attorneys for Plaintiff

FILED
2018 OCT 3 PM 5:56
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JGZ(LCK)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR18 - 2000 TUC

United States of America,

Plaintiff,

v.

Jimmy Watson, Sr.
(dba JSJ, LLC),

Defendant.

**INDICTMENT**

VIOLATIONS:

**8 U.S.C. § 1324(a)(1)(A)(iii)**
**8 U.S.C. § 1324(a)(1)(B)(i)**
(Harboring Illegal Aliens for Profit)
Counts 1-8

**8 U.S.C. § 1324a(a)(1)(A),
1324a(a)(2)**
(Unlawful Employment of Aliens)
Count 9

**18 USC §§982(a)(6)(A)**
(Forfeiture Allegation)

**SEALED**

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Harboring Illegal Aliens for Profit)

On or about April 23, 2018 and continuing through to May 22, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, J.M., had come to, entered, and remained in the United States in violation of law, did

knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 2
(Harboring Illegal Aliens for Profit)

On or about April 26, 2018 and continuing through to May 23, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, P.C-C., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 3
(Harboring Illegal Aliens for Profit)

On or about May 1, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, J.P., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 4
(Harboring Illegal Aliens for Profit)

On or about May 4, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, G.H., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 5
(Harboring Illegal Aliens for Profit)

On or about May 4, 2018, and continuing through to May 16, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, C.G., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 6
(Harboring Illegal Aliens for Profit)

On or about May 15, 2018 and continuing through to May 21, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, R.H., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including

any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 7
(Harboring Illegal Aliens for Profit)

On or about July 16, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, B.G., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 8
(Harboring Illegal Aliens for Profit)

On or about July 17, 2018 and continuing through to May 14, 2018, at or near Nogales, Arizona and elsewhere, in the District of Arizona, the defendant, JIMMY WATSON, SR., knowing and in reckless disregard of the fact that a certain alien, F.J., had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 9
(Unlawful Employment of Aliens)

From a time unknown but at least as early as on or about April 23, 2018 and continuing to on or about July 17, 2018, in the District of Arizona and elsewhere, the defendant, JIMMY WATSON, SR., knowingly hired, continued to employ and engage in a pattern and practice of hiring and continuing to employ aliens who were unauthorized by law with respect to such employment (as defined in Title 8 United States Code, Section 1324a(a)(h)(3)), with knowledge that the aliens were unauthorized for such employment in violation of Title 8 United States Code Sections 1324a(a)(1)(A); 1324a(a)(2); 1324a(f); and 1324(a)(3).

## FORFEITURE ALLEGATION

Upon conviction of the violations alleged in Counts 1-9 of this Indictment, defendant Jimmy Watson, Sr., shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6)(A):

(i) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and

(ii) any property real or personal –

    (I) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or

    (II) that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

The property to be forfeited includes, but is not limited to:

    a) 2003 Freightliner Corp. ST120, VIN: 1FUJBBCK93PL91967;

    b) 2000 Kenworth W900, VIN: 1XKWDB9X1YR840097;

    c) 2012 Freightliner Corp. Cascadia, VIN: 1FUJGLDR0CSBH9814;

    d) 2001 Volvo VNL Tractor Truck, VIN: 4V4NC9RH21N260564;

e) 2001 Peterbilt 379, VIN: 1XP5D69X11D560289;

f) 2000 Freightliner Corp. Century, VIN: 1FUYSSZB7YPF05111;

g) 2003 Chevrolet Silverado, VIN: 2GCEC19T431132574;

h) 2008 Dodge Ram, VIN: 1D7HA18K78J146967;

i) 2015 Chevrolet Silverado, VIN: 3GCPCREC9FG523485;

j) 2018 GMC Sierra, VIN: 3GTU2NEC9JG317185;

k) 1998 Utility Semi-Trailer, VIN: 1UYVS2536WU266964;

l) 2005 Utility Semi-Trailer, VIN: 1UYVS25325U367109;

m) 2001 Utility Semi-Trailer, VIN: 1UYVS25301U353610;

n) 1999 Utility Semi-Trailer, VIN: 1UYVS2531XU799810;

o) 1995 Wabash Semi-Trailer, VIN: 1JJV532S0SL304171, and

p) a sum of money equal to the amount of proceeds obtained as a result of the offenses.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(6)(A) Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

**A TRUE BILL**

**/s/**

---
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**/s/**

---
Assistant United States Attorney

Dated: October 3, 2018

**REDACTED FOR PUBLIC DISCLOSURE**